FILED
CLERK, U.S. DISTRICT COURT

JAN 2 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br>BRITTANY DAVIS<br>                    Defendant. | Case No.: ED 11 MJ 00019<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __WESTERN__ District of __TEXAS__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
- FAILURE TO COMPLY WITH PROBATION CONDITIONS;
- LACK OF LOCAL FAMILY SUPPORT/RESIDENCE;
- ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS

1

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and
3 convincing evidence that he/she is not likely to pose a danger to the
4 safety of any other person or the community if released under 18
5 U.S.C. § 3142(b) or (c).  This finding is based on the following:

6 _____

7 _____

8 _____

9 _____

10

11

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

14

15 Dated:   1/28/11

16                                              HONORABLE DAVID T. BRISTOW
                                                 United States Magistrate Judge